AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THE BEACON MUTUAL INSURANCE COMPANY

V.

ONEBEACON INSURANCE GROUP

AMENDED JUDGMENT IN A CIVIL CASE

Case Number: C.A. No. 01-354S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF AGAINST DEFENDANT PURSUANT TO THIS COURT'S DECISION AND ORDER ENTERED ON JULY 15, 2005 ENJOINING DEFENDANT ONEBEACON INSURANCE GROUP FROM USING THE ONEBEACON NAME AND LIGHTHOUSE LOGO IN RHODE ISLAND.**

July 19, 2005
Date

Clerk
ALBA-SUE MERCURIO
(By) Deputy Clerk