**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THE BEACON MUTUAL INSURANCE COMPANY,**<br>**Plaintiff**<br><br>**v.**<br><br>**ONEBEACON INSURANCE GROUP LLC,**<br>**Defendant** | **C.A. No. 07-450T** |

**AFFIDAVIT OF COMPLETED SERVICE OF PROCESS**

Now comes Jennifer R. Cervenka, attorney for the Plaintiff in the above-captioned matter, and being duly sworn, states as follows:

1. That I caused a copy of the Complaint and Summons to be mailed to the Defendant's Registered Agent for Service of Process, The Corporation Trust Company, at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, 19801, by Certified Mail, Return Receipt Requested. A copy of the Summons served upon the Agent is attached hereto as Exhibit A.

2. That a true and accurate copy of the return receipt, signed on December 13, 2007, is attached hereto as Exhibit B.

3. That by virtue of the above, service of process has been properly completed against Defendant OneBeacon Insurance Group LLC in this action.

Jennifer R. Cervenka (#6340)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: January 7, 2008

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed to and sworn before me personally this 7 day of January, 2008.

Notary Public Theodore B. Howell
My Commission expires: 4/30/2011

957542_1/1222-258

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within AFFIDAVIT OF COMPLETED SERVICE OF PROCESS was mailed to the following on the 7th day of January, 2008.

William M. Dolan, III, Esq.
Brian J. Lamoureux Esq.
Brown Rudnick Berlack Israels, LLP
One Providence Washington Plaza
121 South Main Street
Providence, RI 02903

JBailey

# EXHIBIT A

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

THE BEACON MUTUAL INSURANCE COMPANY

V.

ONEBEACON INSURANCE GROUP LLC

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07 450 T

TO: (Name and address of defendant) ONEBEACON INSURANCE GROUP LLC, in care of its Registered Agent for Service of Process, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801, by certified mail, return receipt requested.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Partridge Show & Hahn LLP, 180 South Main Street, Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/7/07

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Ac

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______________________________

☐ Returned unexecuted: ______________________________

☐ Other *(specify)*: ______________________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________________
*Date* *Signature of Server*

______________________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

2. Article Number

7160 3901 9848 1706 8808

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery DEC 13 2007

C. Signature

X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Reference Information

1222-258 Beacon OneBeacon

JRC/jwb

PS Form 3811, July 2001 Domestic Return Receipt