UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE BEACON MUTUAL INSURANCE COMPANY, *Plaintiff,* | ) | |
| vs. | ) | C.A. No. 07-450-S |
| ONEBEACON INSURANCE GROUP LLC, *Defendant.* | ) | |

**STIPULATION**

Plaintiff and Defendant hereby stipulate and agree that Defendant shall have through and including February 6, 2008 to plead or otherwise respond to Plaintiff's Complaint.

/s/ Jennifer R. Cervenka
Steven E. Snow (#1774)
Jennifer R. Cervenka (#6340)
**PARTRIDGE SNOW & HAHN LLP**
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 Fax
Attorneys for Plaintiff
ses@psh.com

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
**BROWN RUDNICK BERLACK ISRAELS LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax
Attorneys for Defendant
bjl@brownrudnick.com

OF COUNSEL:

Susan Progoff, Esq.
Nicole D'Amato, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
susan.progoff@ropesgray.com

Date: January 7, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2008, I caused this document to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

- Steven E. Snow, Esq. ses@psh.com

And I hereby certify that I have mailed by United States Postal Service, postage pre-paid, this document to the following non-CM/ECF participants:

- Susan Progoff, Esq.
  Nicole D'Amato, Esq.
  Ropes & Gray LLP
  1211 Avenue of the Americas
  New York, NY 10036-8704

/s/ Brian J. Lamoureux
Brian J. Lamoureux

# 50230531 v1 - MEDEIRD - 022260/0001