UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE BEACON MUTUAL INSURANCE COMPANY,

*Plaintiff,*

vs.

ONEBEACON INSURANCE GROUP LLC,

*Defendant.*

C.A. No. 07-450-S

**JOINT MOTION TO EXTEND TIME**

The parties, by their undersigned counsel, hereby jointly move as follows:

1. By agreement of the parties, Defendant's response to Plaintiff's Complaint is currently due by February 6, 2008.

2. The parties intend to use this time to explore the possibility of settling this matter.

3. The parties had scheduled a meeting to discuss the possibility of settling this matter, but the meeting was postponed because of a snowstorm. The parties have agreed upon a date for a rescheduled meeting, but believe that additional time will be necessary to determine whether an agreement can be reached.

WHEREFORE, pursuant to Local Rule 29(b), the parties respectfully request that the Court grant Defendant an extension through and including March 7, 2008 to respond to

Plaintiff's Complaint.

/s/ Jennifer R. Cervenka
Steven E. Snow (#1774)
Jennifer R. Cervenka (#6340)
**PARTRIDGE SNOW & HAHN LLP**
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 Fax
Attorneys for Plaintiff
ses@psh.com

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
**BROWN RUDNICK BERLACK ISRAELS LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax
Attorneys for Defendant
bjl@brownrudnick.com

OF COUNSEL:

Susan Progoff, Esq.
Nicole D'Amato, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
susan.progroff@ropesgray.com

Date: January 17, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2008, I caused this document to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

- Steven E. Snow, Esq. ses@psh.com
- Jennifer R. Cervenka, Esq. jrc@psh.com

And I hereby certify that I have mailed by United States Postal Service, postage pre-paid, this document to the following non-CM/ECF participants:

Susan Progoff, Esq.
Nicole D'Amato, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Jennifer R. Cervenka, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

/s/ Brian J. Lamoureux
Brian J. Lamoureux

# 50230678 v1 - LAMOURBJ - 022260/0002