# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **THE BEACON MUTUAL INSURANCE COMPANY,**<br>**Plaintiff**<br><br>**v.**<br><br>**ONEBEACON INSURANCE GROUP LLC,**<br>**Defendant** | **C.A. No. 07-450-S** |

## JOINT MOTION FOR FURTHER EXTENSION OF TIME

The parties, by their undersigned counsel, hereby jointly move as follows:

1. This Court granted the parties' joint request to extend the deadline for Defendant's response to Plaintiff's Complaint to April 7, 2008. This was the second extension of time granted by the Court for the purpose of providing the parties additional time to explore the possibility of settling this matter.

2. The parties continue to engage in good faith settlement discussions. They request further additional time to determine whether a settlement agreement can be reached.

WHEREFORE, pursuant to Rule 6 of the Federal Rules of Civil Procedure and 29(b) of the Local Rules of this Court, the parties respectfully request that the Court grant Defendant a forty-five day extension of time through and including May 22, 2008 to respond to Plaintiff's Complaint.

/s/ Jennifer R. Cervenka
Steven E. Snow (#1774)
Melissa E. Darigan (#4792)
Jennifer R. Cervenka (#6340)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 Fax
Attorneys for Plaintiff
ses@psh.com
med@psh.com
jrc@psh.com

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
BROWN RUDNICK BERLACK ISRAELS LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax
Attorneys for Defendant
bjl@brownrudnick.com

OF COUNSEL:

Susan Progoff, Esq.
Nicole D'Amato, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
susan.progoff@ropesgray.com

DATED: April 4, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2008, I caused this document to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Brian J. Lamoureux bjl@brownrudnick.com

And I hereby certify that I have mailed by United States Postal Service, postage pre-paid, this document to the following non-CM/ECF participant:

Susan Progoff, Esq.
Nicole D'Amato, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

/s/ Jennifer R. Cervenka