# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **THE BEACON MUTUAL INSURANCE COMPANY,**<br>**Plaintiff**<br><br>**v.**<br><br>**ONEBEACON INSURANCE GROUP LLC,**<br>**Defendant** | **C.A. No. 07-450-S** |

## JOINT MOTION FOR FURTHER EXTENSION OF TIME

The parties, by their undersigned counsel, hereby jointly move as follows:

1. This Court last granted the parties' joint request to extend the deadline for Defendant's response to Plaintiff's Complaint to June 23, 2008. This was the fourth extension of time granted by the Court for the purpose of providing the parties additional time to settle this matter.

2. The parties have agreed to settle their dispute upon certain terms and conditions, including a dismissal of the within action. A draft written settlement agreement has been prepared and is currently under review by the parties. The parties request further additional time in order to finalize and execute that settlement agreement.

WHEREFORE, pursuant to Rule 6 of the Federal Rules of Civil Procedure and 29(b) of the Local Rules of this Court, the parties respectfully request that the Court grant Defendant a sixty day extension of time through and including August 22, 2008 to respond to Plaintiff's Complaint.

/s/ Jennifer R. Cervenka
Steven E. Snow (#1774)
Melissa E. Darigan (#4792)
Jennifer R. Cervenka (#6340)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 Fax
Attorneys for Plaintiff
ses@psh.com
med@psh.com
jrc@psh.com

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
BROWN RUDNICK BERLACK ISRAELS LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax
Attorneys for Defendant
bjl@brownrudnick.com

OF COUNSEL:

Susan Progoff, Esq.
Nicole D'Amato, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
susan.progoff@ropesgray.com

DATED: June 20, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2008, I caused this document to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Brian J. Lamoureux bjl@brownrudnick.com

And I hereby certify that I have mailed by United States Postal Service, postage pre-paid, this document to the following non-CM/ECF participant:

Susan Progoff, Esq.
Nicole D'Amato, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

/s/ Jennifer R. Cervenka

992097_1