**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THE BEACON MUTUAL INSURANCE COMPANY,**<br>**Plaintiff**<br><br>**v.**<br><br>**ONEBEACON INSURANCE GROUP LLC,**<br>**Defendant** | **C.A. No. 07-450-S** |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, The Beacon Mutual Insurance Company, pursuant to Rule 41(a)(1)(A)(i), hereby voluntarily dismisses the within action with prejudice, each party to bear its own fees and costs.

THE BEACON MUTUAL INSURANCE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Jennifer R. Cervenka
Jennifer R. Cervenka (#6340)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jrc@psh.com

DATED: August 12, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I caused this document to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Brian J. Lamoureux bjl@brownrudnick.com

And I hereby certify that I have mailed by United States Postal Service, postage pre-paid, this document to the following non-CM/ECF participant:

Susan Progoff, Esq.
Nicole D'Amato, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

/s/ Jennifer R. Cervenka

1001604_1/1222-258